IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRY SWANIGAN                                                                                           PLAINTIFF
ADC #101568

v.                                              4:23-cv-01024-JM

DEXTER PAYNE,
Director, ADC; *et al.*                                                                              DEFENDANTS

## ORDER

Terry Swanigan ("Plaintiff") has filed a *pro se* Complaint seeking relief pursuant to 42 U.S.C. § 1983. (Doc. 1.) On October 27, 2023, the Court ordered Plaintiff to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*. (Doc. 5.) The Court also provided Plaintiff with the necessary forms and advised him this case would be dismissed without prejudice if he did not timely comply with the Order. (*Id.*) Plaintiff has not complied with the Order, and the time to do so has passed.

IT IS, THEREFORE, ORDERED that the Complaint (Doc. 1) is DISMISSED without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). Plaintiff's Motion for a Temporary Restraining Order/Preliminary Injunction (Doc. 2) is DISMISSED and the October 27, 2023 Partial Recommended Disposition (Doc. 6) is DECLINED as moot. This case is CLOSED, and the Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 30th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE