IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TERRY SWANIGAN                                                                                           PLAINTIFF
ADC #101568

v.                                              4:23-cv-01024-JM

DEXTER PAYNE,
Director, ADC; *et al.*                                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 30th day of November, 2023.

UNITED STATES DISTRICT JUDGE